IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00024-MP-AK

EDDIE LEE ANDERSON,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 20, the government's Motion to Continue Suppression Hearing. The matter was discussed in court on August 29, 2006, during which discussion, the defendant and government consented to the continuation of not only the suppression hearing but also the trial itself. In so consenting the defendant waived his speedy trial rights with regard to this continuance of the trial. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The suppression hearing, currently set for August 30, 2006, is reset for Thursday, September 14, 2006, at 1:00 p.m. The trial is also continued, and will be reset by separate notice.

**DONE AND ORDERED** this *30th* day of August, 2006

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge