IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                              CASE NO. 1:06-cr-00024-MP-AK

EDDIE LEE ANDERSON,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 22, Motion to Continue Suppression Hearing as to Eddie Lee Anderson, filed by the United States. A teleconference was held in this case on September 8, 2006, during which the government and the defendant agreed to continue the suppression hearing and the trial in this case. In so consenting, the defendant waived his speedy trial rights with regard to this continuance. Also, Congress expressly excluded the time necessary for such pretrial motion from the speedy trial rule. See 18 U.S.C. § 3161(h)(1)(F) (excusing such a period from the computation of the time for commencement of a criminal trial.) Accordingly, the motion to suppress hearing is hereby reset for October 17, 2006, at 3:00 p.m. The trial is hereby reset for October 31, 2006, at 12:30 p.m.

    **DONE AND ORDERED** this *8th* day of September, 2006

                                *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge