IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                      CASE NO. 1:06-cr-00024-MP-AK

EDDIE LEE ANDERSON,

    Defendant.
_____/

## **O R D E R**

A teleconference was held in this case on October 6, 2006. During the conference, the parties agreed to push the trial of Mr. Anderson up to October 24, 2006, from October 31, 2006. The suppression hearing remains set for October 17, 2006.

Ordered that the trial of this cause is hereby reset for the period commencing October 24, 2006 at 1:00 p.m; attorney's conference scheduled for 12:30 p.m.

**DONE AND ORDERED** this  *11th*   day of October, 2006

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge