IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                      CASE NO. 1:06-cr-00024-MP-AK

EDDIE LEE ANDERSON,

    Defendant.

_____/

## O R D E R

    This matter is before the Court on Doc. 70, Motion to Continue Sentencing Set for

January 17, 2007, filed by Eddie Lee Anderson.  The government does not object.  The motion is

granted and sentencing is hereby reset for February 15, 2007, at 2:00 p.m.

    **DONE AND ORDERED** this  *17th*  day of January, 2007


            *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge