IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 1:06cr24-MW/GRJ

**EDDIE LEE ANDERSON,**

    **Petitioner,**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 118. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, ECF No. 115, is **DISMISSED as untimely**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on September 28, 2017.**

                                                             s/Mark E. Walker            \_\_\_\_
                                                             **United States District Judge**